mitment the particular circumstances of the offense, as required by section 11 of the Code of Civil Procedure. See People ex rel. Palmieri v. Marean, 86 App. Div. 278, 83 N. Y. Supp. 843.

---

PEOPLE ex rel. CAREW, Appellant, v. COGGEY, Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Proceeding by the People of the State of New York, on the relation of Mary Carew, against John V. Coggey, as Commissioner of Correction of the City of New York. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with costs, on the authority of Matter of Sugden v. Partridge, 174 N. Y. 87, 66 N. E. 655.

---

PEOPLE ex rel. CHAPMAN v. PYE et al. (Supreme Court, Appellate Division, Fourth Department. June 4, 1909.) Proceeding by the People of the State of New York, on the relation of Frank B. Chapman, against Frank Pye and others, as Board of Trustees of Village of Charlotte. No opinion. Determination of board confirmed, and writ of certiorari dismissed, with $50 costs, but without disbursements.

---

PEOPLE ex rel. COLLINS, Appellant, v. AHEARN, Respondent. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Proceeding by the People of the State of New York, on the relation of James G. Collins, against John F. Ahearn, as President, etc. C. F. Brown, for appellant. G. G. Battle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 120 App. Div. 95, 104 N. Y. Supp. 860; 117 N. Y. Supp. 810.

---

PEOPLE ex rel. CONRAN v. DOOLING et al., Board of Elections. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) Proceeding by the People of the State of New York, on the relation of Eugene Conran, against John T. Dooling and others, constituting the Board of Elections of the City of New York. No opinion. Appeal dismissed, without costs.

---

PEOPLE ex rel. COULTER v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Proceeding by the People of the State of New York, on the relation of Arthur G. Coulter, against Theodore A. Bingham, as Commissioner. J. J. Bennett, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. DUNN, Respondent, v. BOARD OF SUP'RS OF CLINTON COUNTY, Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Proceeding by the People of the State of New York, on the relation of Wilmer H. Dunn, against the Board of Supervisors of Clinton County. No opinion. Final order unanimously affirmed, with costs.

---

PEOPLE ex rel. GARTLEMAN v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Proceeding by the People of the State of New York, on the relation of Henry Gartleman, against Theodore A. Bingham, as Commissioner. L. J. Grant, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

---

PEOPLE ex rel. GEORGE KEMP REAL ESTATE CO., Appellant, v. O'DONNEL et al., Com'rs., Respondents. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Proceeding by the People of the State of New York, on the relation of the George Kemp Real Estate Company, against Frank A. O'Donnel and others, commissioners. R. S. Hull, for appellant. D. Rumsey, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. GLEASON v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Proceeding by the People of the State of New York, on the relation of James P. Gleason, against Theodore A. Bingham, as Commissioner. L. J. Grant, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs. Order filed.

---

PEOPLE ex rel. GRANT, Respondent, v. ATLANTIC TERRA COTTA CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Proceeding by the People of the State of New York, on the relation of De Forest Grant, against the Atlantic Terra Cotta Company and others. G. Sumner, for appellants. J. M. Perry, for respondent. No opinion. Order affirmed, with $10 costs and disbursements on People ex rel. Leach v. Central Fish Co., 117 App. Div. 77, 101 N. Y. Supp. 1108. Order filed.

---

PEOPLE ex rel. GRANT et al. v. ATLANTIC TERRA COTTA CO. et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Proceeding by the People of the State of New York, on the relation of De Forest Grant and others, against the Atlantic Terra Cotta Company and others. No opinion. Motion denied, with $10 costs. Settle order on notice.

---

PEOPLE ex rel. GRIMSHAW, Appellant, v. PRENDERGAST, Register, Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Proceeding by the People of the State of New York, on the relation of William A. Grimshaw, against William A. Prendergast, Register of Kings County. No opinion. Motion to resettle order granted, without costs.